IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GARY LERON THOMAS, # 28483**                       **PLAINTIFF**

v.                            **CAUSE NO. 1:14CV324-LG-RHW**

**GAUTIER POLICE DEPARTMENT
and JACKSON COUNTY PROBATION
OFFICE**                       **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 10th day of September, 2014.

                             s/ *Louis Guirola, Jr.*
                             LOUIS GUIROLA, JR.
                             CHIEF U.S. DISTRICT JUDGE